AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case ○

# United States District Court
**CENTRAL DISTRICT OF CALIFORNIA**

JS - 6

FINAL JUDGMENT IN A CIVIL CASE

MICHAEL WEBB,
    v.

ESTATE OF TIMOTHY D. CLEARY,
et al,

CASE NUMBER: EDCV08-00565-RBL(AJWx)

[ √ ]  **Decision by Court.**  This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Twin Palms Aviation, Inc's Motion for Summary Judgment [Dkt. #73] is **GRANTED**.

    Defendant's Bermuda Development Co's Motion for Summary Judgment is **GRANTED** AND

    Plaintiff's claims against Desert Bermuda Development Company are **DISMISSED.**

    This matter is concluded and the case is closed

*DATED :* 7/21/11

                                              TERRY NAFISI
*Clerk*

                                            /s/   Jean Boring
*(By) Deputy Clerk*, Jean Boring