*P/SEND*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 08-565-RBL (AJWx) | Date | JULY 10, 2013 |
|---|---|---|---|

| Title | MICHAEL L. WEBB, et al. vs. BERMUDA DUNES AIRPORT CORP., et al. |
|---|---|

**Presiding: The Honorable**  GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

(NONE)     (NONE)

**Proceedings:**   (IN CHAMBERS) ORDER (1) FILING AND SPREADING OF MANDATE OF THE NINTH CIRCUIT; and (2) REMANDING ACTION TO STATE COURT

This matter had been assigned to the Hon. Ronald B. Leighton, sitting by designation in this District. On May 9, 2013, the Ninth Circuit Court of Appeals, in an unpublished memorandum, vacated the judgment and remanded this action with instructions to remand it to state court because we lack subject matter jurisdiction. Judge Leighton has referred this matter to the Chief Judge for disposition.

On July 2, 2013, the Ninth Circuit issued its mandate in this action. We now order as follows:

1. The Mandate of the Ninth Circuit Court of Appeals is hereby ordered to be FILED AND SPREAD upon the record of this court;

2. Pursuant to the Mandate of the Ninth Circuit, this action is remanded to the state court from whence it was removed.

IT IS SO ORDERED.

:

Initials of Preparer     IR for   Bea